MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No. 11531
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 333-3673- Telephone
Attorneys for Defendant



FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 1 2 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>Bradley Robert Slagle,<br><br>       Defendant. | Case No. 2:21-cr-00051-JAD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

It is hereby stipulated and agreed between the United States of America, by and through Supriya Prasad, Assistant United States Attorney, and Michael V. Castillo. Esq, counsel for Defendant Bradley Robert Slagle, that the sentencing hearing currently set for May 19, 2022 at 11:00 a. m. before the Honorable Jennifer A. Dorsey be vacated and continued to a date and time convenient to the Court but no earlier than thirty (30) days.

This stipulation is entered into for the following reasons:

1.  This is a request by Counsel for the Defendant to which Counsel for the United States does not have an objection to a brief continuance;

2.  The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule;"

3.  That the Defense requests this additional time to allow adequate time to research sentencing issues and prepare for the sentencing hearing, including but not limited to, mitigation evidence that the defense anticipates presenting to the Court;

4.  That the Defendant does not object to said request for a continuance.

5.  That the Defendant is currently on supervised release, not in custody, and waives any right he may have to a speedy sentencing in this matter;

6.  That this is the first such request for a continuance.

For these reasons, the ends of justice would best be served by a continuance of the sentencing hearing to a date and time convenient to the Court but no earlier than thirty (30) days hence.

A proposed order is attached.

RESPECTFULLY SUBMITTED this __12th___ day of May, 2022

                                        _/s/ Supriya Prasad_____
                                        Supriya Prasad
                                        Assistant United States Attorney


                                        _/s/ Michael V. Castillo,_____
                                        Michael V. Castillo, Esq.
                                        Attorney for Bradley Slagle

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>Bradley Robert Slagle,<br><br>      Defendant. | Case No. 2:21-cr-00051-JAD-NJK<br><br>**FINDINGS OF FACT,**<br><br>**CONCLUSIONS OF LAW AND**<br><br>**ORDER CONTINUING**<br><br>**SENTENCING HEARING** |

FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a request by Counsel for the Defendant to which Counsel for the United States does not have an objection to a brief continuance;

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule:"

3. That the Defense requests this additional time to allow adequate time to research sentencing issues and prepare for the sentencing hearing including but not limited to mitigation evidence that the defense anticipates presenting to the Court;

4. That the Defendant does not object to said request for a continuance.

5. That the Defendant is currently on supervised release, not in custody, and waives any right he may have to a speedy sentencing in this matter;

6. That this is the first such request for a continuance.

## CONCLUSIONS OF LAW

The ends of justice would be served by granting a continuance of the sentencing hearing. Were the continuance not granted, it would likely result in a miscarriage of justice, deny the parties sufficient time to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for Thursday, May 19, 2022 at 11:00 a.m., be continued to June 21, 2022, at 10:00 a.m.

**IT IS SO ORDERED** this 18th day of May, 2022

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ Michael V. Castillo, Esq
Michael V. Castillo, Esq.
Attorneys for Bradley Slagle

4