# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-051-JAD-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| BRADLEY ROBERT SLAGLE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Bradley Robert Slagle to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Bradley Robert Slagle pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 16; Change of Plea, ECF No. 26; Plea Agreement, ECF No. 27; Preliminary Order of Forfeiture, ECF No. 28.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 16, 2022, through March 17, 2022, notifying all potential third

/ / /

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 31-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 30.

On February 17, 2022, the United States Attorney's Office served Kathy and William Slagle by regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 30-1, p. 3-12.

On February 17, 2022, the United States Attorney's Office attempted to serve Kathy and William Slagle by certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 30-1, p. 3-14.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

      1.  Samsung J36, bearing serial number: R28H627M7AF;

      2.  Amazon Kindle, bearing serial number: 0092060644330FXU; and

      3.  HP Laptop, bearing serial number: 5CD94799J6

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: June 21, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE